## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| JONATHAN FISHMAN, | ) |
| PLAINTIFF | ) |
| v. | ) CIVIL NO. 1:16-CV-362-DBH |
| BRADLEY WILLIAMS, | ) |
| DEFENDANT | ) |

### ORDER ON DEFENDANT'S MOTION TO STAY

The motion to stay proceedings is **GRANTED** for medical reasons and no other reason. Accordingly, further proceedings are **STAYED** until July 20, 2017, to accommodate his cataract surgery, as the defendant requests. However, that stay does not apply to motions or appeals where the allotted time has already expired. In this case, the time for appealing any of Magistrate Judge Nivison's rulings has already run. Therefore, the defendant's appeals from any such rulings are **OVERRULED**.

SO ORDERED.

DATED THIS 25TH DAY OF MAY, 2017

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**